IN THE COURT OF          12,375-28
CRIMINAL APPEALS
AT AUSTIN, TEXAS

HERBERT FEIST,
RELATOR

VS.

COUNTY COURT AT LAW NO. 3
AND THE 252ND CRIMINAL
DISTRICT COURT OF
JEFFERSON COUNTY, TEXAS

PETITION FOR WRIT OF
MANDAMUS

From: Cause No. 14-19584 AND
302437 AND 302691

by: Pro-se Relator,
Herbert Feist
# 18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 14 2015

Abel Acosta, Clerk

In The Court of Criminal Appeals
At Austin, Texas

In re:

Herbert Feist,
        Relator,

vs.                                    Case No. ____

County Court At Law No. 3, And
The 252nd Criminal District Court,
        Respondent(s), et. Al.

## Petition For Writ of Mandamus

To The Honorable Justices of Said Court:

Comes Now, Relator Herbert Feist, in the Above
Style of Action, who makes And files this his Petition
For Writ of Mandamus, And would respectfully show
unto this Honorable Court, the following, to wit;

### I.

## Jurisdiction

Jurisdiction is hereby invoked over the parties And
subject matter, And the Common Law Interest of
The State of Texas

### II.

## Venue

Venue is proper, the claim And parties
Arose in this region.

### III.

## Parties

Relator: Herbert Feist, is And was At All times
mention a pre trial detainee, incarcerated At
Jefferson County Jail, situated At 5030 Hwy
69 South, Beaumont, Texas 77705.

— 1 —

Respondent: County Court At Law No. 3, and The 252nd Criminal District Court of Jefferson County, Texas, situated At 1001 Pearl St., Beaumont, Texas 77701.

## IV
## Nature of the Case

The indictment Alleges, on or About Feb. 18, 2014, Beaumont Police stopped me for A traffic violation, later claimed stolen items was in my truck.

I, was handcuffed and placed in the backseat of police car. They refused to take me to jail, they called media. Channel 12 came, All white, raciest officers told me I had to confess on tv. I refused and asked to be taken to jail, they refused snatched An ederly 60 year old Blackman, disable, and perminally ill, slammed me to the ground, and beat me up.

I, yelled to the reporter, "I aint Aggressive," over and over "I hope you Are filming this." The sergeant came over told them to stop, they put me back in the car.

Channel 6 came they told me I had to cooporate or get the same treatment. I said "NO" they done the same thing. No one stopped them, Lamar Police and Sheriff dept, was present.

-2-

# V
## Statement of Facts

Relator, was wrongfully charged with Evading in Motor Vehicle, Cause No. 14-1958H, in the 252nd District Court, improperly enhanced with void priors, that caused A State Jail to be a 2nd degree felony. That should have been a Class B misdemeanor.

In Additional, Relator was charged with Evading on foot Cause No. 302434, in County Court No. 3.

Further, Theft, in Cause No. 302691, in County Court No. 3.

Relator has been confined over a year and a half as a trustee, passed the maximum for All sentence.

All Constitutional Rights has been violated, a fair trial is now impossible and Amounts to Malicious Prosecution.

Therefore an Emergency Order needs to issue to the courts for Dismissal with Sancations Against the State, So Relator can presue proper Medical Care. Based on the following violations of Relator Constitutional Rights

-3-

## VI.
### Discovery Violation

1). Over a year ago Relator filed for discovery, the Sixth Amendment gives him a mandatory right to be heard, in order to be heard, he must properly prepare a defense, which he is denied;

2). County Court at Law No. 3, told Relator in a pre trial habeas he filed that he would get discovery, over 7-8 months ago;

3). This willful denial prejudice Relator and prevent him from preparing an adequate defense

## VII.
### Motions Filed

1). No rulings had on any Motions filed, the Clerk, or court both refuse to acknowledge receipt of them;

2). Clerk refuse to send docket sheet. To show unnecessary delay in case. Relator, been set on trial docket some 20 or more times within a year and a half. Yet, never made in the felony courtroom, not once, and made it in the misdermeanor court twice. He is summon to the court holding cell to make it appear he is in court;

3). Many of the Motions filed can not wait until the date of trial, or defense would be prejudice, with unnecessary delay;

4). Such as any pre trial ruling on habeas filed on passed the maximum the sentence carry, as the Motion In Limited asking

- 4 -

the court to not let the prosecutor manipulate the case, but stick to the cause over the jurisdiction it have. Which the State has already done. By lying to the court as well as to defense, that felonies has to be tried first, when no such statute exist, and Relator was already passed maximum release date, and the court, or State, have no jurisdiction in felony court, and don't no if felony will be tried 3 years from now, which would cause misdermeanor offense to be tried 4-5 years later. Done solely for the purpose to ensure Relator do the sentence and more, since lawfully he can't be convicted of none of these offenses) due to corruption;

5) Filed for Grand Jury Minutes, to show prosecutor falsfied Official Government Documents and lied to Grand Jury by:

(A) Void probable Cause Affidavit, that can't be used, court lacks jurisdiction, The Affidavit don't meet the 4 corner test, it is made by white raciest officers that beat Relator twice for a confession on tv; corrupt officers;

(b) Knew, evading never occured, if any thing sec. 545.421 of Transportation code, a class B misdermeanor;

(c) No evidence I was driving;

6). Bill of Exception Filed to preserve all the trials Motions for Appeal;

-5-

7).     By Law, the documents are suppose to be filed, and ruled on in the order they appear, what was presented and filed first, acted on first, or a fair trial is denied;

8).     Pre trial habeas not acted on, I was summon, the cop-out lawyer made sure I didn't go in courtroom, because I requested jury trial, Argured I'm passed maximum sentence, and is requesting compensation for all days over, he then Agreed with the state behind my back to release me on P.R. Bond, where I sit in jail, and PLAY like I been set free. Since I have another misdermeano~ and felony and Parole hold, that no such bargain was made in. I asked what type of trial strasety is that;

9).     I filed Motions to show the prior convictions are void. They are the results of several backdated Sentences, where the court of Criminal Appeals stated Backdating sentences is illegal and unconstitutional, and can't be used as enhancement they already has been once used.

## VIII.
## Private Investigator and Expert Witnesses

1).     Suppasely the court want to wait till the date of trial before even considering, or ruling on these Motions, which deny

— 6 —

Relator Adequate defense, and cause him to present his defense in Advance. This motion is needed for:

(A). Expert testimony can only be refuted by expert(s). The police will testify;

(b). At the very least Relator would take Dept. of Public Safety Officers, Texas Rangers, even Sheriff Dept, all of which would be hostile witnesses, but maybe truthful;

(c) I need to have this portion of my defense investigated;

(d) The court see I am the only one litigate this case, in a year and a half the lawyer have never Acted in my behalf, nor filed Any documents, unless recently after the Motion to dismiss;

(e) the P.I. would show if Any thing A class B misdermeanor may have occured under sec. 545.421, of Transp. Code. Which means the District Criminal Court lacks Jurisdiction;

(f) That the evading on foot was out of the same evading in vehicle;

(g) That officer was 5 blocks back, this could be found by expert looking And measuring distance by police camera. Never came up on Relator, hit brakes And backed off, further, only An expert can prove this;

(h) This is why officer never overtook Relator;

(I) Officer was never trying to Arrest or detain

-7-

(j) This started out as a traffic violation, according to officer;

(K) The street had cars parked on it, the police car would have had to stop if any car turned on street. It would have been dangerous to stop. The corner was coming up Relator turned and immediately stoped. Which is allowed;

(l) Relator, had no way of knowing if officer turned on any other street, or would keep straight since no indication officer was after Relator;

(m) Expert would show if they would have been ten miles back that wouldn't consitute evading, nor 5 miles or 1 mile or 5 blocks;

(N) When officers finally arrived so much time had passed that they could not been in hot presuit, because the truck was empty no one was around the onboard dash camera picked no one up running. How is evading on foot charged, no one was present to evade from;

(O) Relator A 60 year old Black disable and terminally ill man, and take nitro for heart was over a football field 100 yards away, in a wide open field. No evidence that this old man ran, his medical records will show he would have been dead. If he walked over 100 yards the time it would have took for a car 5 blocks back would have been

— 9 —

turned the corner and saw him and he would be on film. If he walked the officer hit Brakes not hot pursuit occured;

(p) No evidence I was in truck, or how many was in truck, or who was driving truck. The truck is over 25 years old, raggedy windows tented can't see inside, no spotlight used. Five blocks or more away 3'oclock am in morning. Headack rack with with window guard sheild to protect back window of iron grill, chicken wire style, large high back seat with head rest. Impossible for anyone to see who's driving. I was changed after raciest officers scared, intimidated me by beating me up twice to confess. I told them the truck was mine. They only no, two people was caught, which one, or if any got away that was driving they don't no;

(q) They don't no if the gas pedal was stuck or brakes worked properly and can't find out, can't Allow my experts to go over truck. Chain of custody been broke, truck been auction off. Which Relator is forced to reveal to try and get P.I. and expert, to prove his defense;

(R) the time table involved will prove Relator innonce's;

IX

Speedy Trial Violation

-9-

1). Speedy Trial been filed and ignored over 1½ Yrs. nothing done, bill of exception, and motions to dismiss, ignored

## Prosecutor Misconduct

1). Relator filed a habeas corpus on enhancements 36429, and 36678, 13 year sentence backdate. Never challenged. Prosecutor falsified Official Government Documents, willfully and Maliciously lied to the court claiming writ abuse been filed in those causes, so the court would not hear them. Even requested sanctions from Judge Stevens. All because his trial stragety is to manipulate the court in charging the State Jail Evading in Vehicle, to a 3rd degree felony. Which he have done. No Attorney act in my behalf;

2). All priors used is over 30 years old, All is too remote to be used;

3). The above void enhancements been used in jury trial before in an abusive writ cause 39295;

4) The priors don't allege one is prior to the others, nor allege offense, court, date or nothing, it only alleges repeater. This does not constitute an enhancement count, why no Attorney argure in my behalf, cause they are cop-out lawyers;

5). Been locked up longer than 1 yr. on Maximum for Misdermeanor. For State Jail felony been

-10-

locked up 1½ years, as trustee. Flat time, plus good time, plus trustee time is passed maximum sentence, which is mandatory;

6) Discriminatory trial, police officer's tried to beat a confession out of Relator on tv. Relator requested charges be filed, so the jury would see them as criminals, and they don't qualify as an expert, and the evidence be suppressed, since these are state witness this is one sided. Relator Motions requested Attorney General, Court, request a Special Prosecutor in this matter for fair trial, And Relator detewe; No charges had;

7), Corrupt cops can not swear out a proper, and lawful probable cause Affidavit, then have arrest warrant issued, then this brought before Grand Jury;

## XI.
## Trial Court Lack Jurisdiction

1). You can Not skip over cases and go to other cases, or pick and choose what you want filed. The prosecutor file the cases, once filed they should be heard in the order they are filed. The prosecutor wait 1½ over the maximum the sentence carry, then announce he will not try these cases first filed until After the felony. It's no statute to require that;

2), The felony evading Never occured, if anything a traffic violation under sec.545.421 Transp. Code; that the Court don't have jurisdiction over.

12.

3). A host of Motion to Dismiss, and Suppression Motions been filed Never heard. If fair play was had. These cases would have been dismissed.

## XII
## Cruel And Unusal Punishment

1). Not only was the 2 beatings unjustified, it's no statute that allow police to call media, they don't come out in force 3 in morning for traffic violation;

2). Police must take one arrested without warrant without unnecessary delay CCP 14.04 . Not the length of time is in question, but the reason is. Which is to beat him, and to wait for media, both violates constitution;

3). The psycholocial effect of held in a holding cell with large over crowded inmates, where your Attorney come to visit in front of them, knowing many is informants, and Attorney client privileges don't extend to them, you can't present a defense;

4). In winter time freezing cold you stand before judge in below freezing weather with old raggedy short sleeve jumper on. Your brain is frozen or to cold to concentrate on case. Even if you have underclothes, thermal, t-shirts, socks, you are not Allowed to wear it. Jail issue a jacket you are Not Allowed to wear;

-12-

## XIII.
### Equity

Relator, has no plan Adequate or complete remedy At law to redress the wrongs described herein, Unless this Honorable Court grant the relief of Dismissal

## XIV.
### Prayer

Wherefore, Premises Considered, Relator prays full relief be had Dismissal:

1) Trial Attorney be Appointed and NOT a cop out lawyer;

2) All pre trial documents ruled on.

## XV.
### Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of same of Mandamus to Court of Criminal Appeals, Jefferson County District and County Court At below Address:

| | |
|---|---|
| Court of Criminal Appeals | District Court |
| P.O. Box 12308 | County Court 3 |
| Austin Tx 78711 | 1001 Pearl St. |
| | Beaumont, Tx. 77701 |

On this 8 day of October, 2015

Respectfully,
s/ Herbert Feist

Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705

-13-

In The 252nd Criminal District Court
of Jefferson County, Texas

Herbert Feist,
    Defendant,

vs.                                    Case No. 14-19584

State of Texas
    Respondent,

Defendant's Motion To Reduce
Felony To Misdermeanor And Transfer
To Municipal Court

To The Honorable Judge of Said Court:

Comes Now, Defendant Herbert Feist, in the
above said cause, who makes and files this his
Defendant's Motion to Reduce Felony to
Misdermeanor And Transfer To Municiple Court, and
would show unto this Honorable Court the
following, to wit;

I.

Trial court lack jurisdiction, offense is
suppose to be Class B Misdermeanor, in
~~Municipal~~ Municipal Court, under Transportation
Code, Sec. 545.421. It's no evidence to
support anything else.

Wherefore, Premises Considered Defendant
prays same be granted.

Certificate of Service

I, Herbert Feist, certify that a true and
correct copy of same was mailed by U.S. postage
to District Attorney, 1001 Pearl St.

-1-

Beaumont, Tx. 77701, on this 8 day of October, 2015.

Respectfully
s/ Herbert Feist
Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705

-2-